1
2  JS-6
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11        CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| STUART THOMAS, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>ROSETTA STONE LTD., a Virginia Business Entity; and Does 1 to 10, Inclusive,<br><br>      Defendants. | **Case No. 2:19-cv-2197-RGK (JEMx)**<br><br>**Date Action Filed: March 22, 2019**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>**Crtrm:**   Courtroom 850, 8th Fl.<br>**Judge:**   The Honorable<br>           R. Gary Klausner |

# [PROPOSED] ORDER

The Court has reviewed the Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff STUART THOMAS and Defendant ROSETTA STONE LTD. (collectively, the "Parties").

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the above-referenced action shall be and is hereby dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

The Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement through December 31, 2020.

**IT IS SO ORDERED.**

DATED: July 30, 2020

*/s/ Gary Klausner*
THE HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE